# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**MAGNUM SERVICES, LP; UNITED HEALTHCARE INSURANCE COMPANY; ABC CORP.; and XYZ CORP.**<br><br>***Defendants.*** | **CIVIL ACTION NO.:** |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES**
**TO DEFENDANT MAGNUM SERVICES, LP**

Plaintiff PHI Health, LLC ("PHI") requests that Defendant Magnum Services, LP ("Magnum") answer the following Interrogatories, in writing and under oath, within thirty (30) days after service of these Interrogatories. Please provide written responses to the Interrogatories by mailing Scarlett Collings, Susman Godfrey LLP, 1000 Louisiana, Suite 5100, Houston, Texas 77002, and by email to scollings@susmangodfrey.com and ahaddad@susmangodfrey.com.

**DEFINITIONS**

1. The "Complaint" refers to the Complaint to Confirm Arbitral Award that is being served on you together with these Interrogatories.

2. "Plan" means the benefit plan, as described in the Complaint, providing health care coverage for the patient identified in the Complaint.

3. "Plan Sponsor" means the organization, person, or entity, as described in the Complaint, that pays for healthcare services of the members of the Plan.

## INTERROGATORIES

**INTERROGATORY NO. 1**:

Identify the exact full legal name of the Plan Sponsor.

**RESPONSE:**

**INTERROGATORY NO. 2:**

State the mailing address of the Plan Sponsor's principal place of business.

**RESPONSE:**

**INTERROGATORY NO. 3:**

Identify the human being employed by or affiliated with the Plan Sponsor who has primary responsibility for overseeing the Plan on behalf of the Plan Sponsor. State that person's full name; mailing address; phone number; and email address.

**RESPONSE:**

**INTERROGATORY NO. 4**:

Identify the exact full legal name of the issuer or underwriter of the insurance policy at issue in the Complaint, including the address of the entity's principal place of business.

**RESPONSE:**

Respectfully submitted,

By: */s/ Scarlett Collings*

Scarlett Collings
Texas Bar No. 24001906
USDC-EDTX No. 24001906
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 653-7891
Facsimile: (713) 654-6666
Email: scollings@susmangodfrey.com

*Counsel for Plaintiff, PHI Health, LLC*