# EXHIBIT 3

| | |
|---|---|
| **From:** | Auto Reply Federal IDR Questions |
| **To:** | Insurance PHI Health; uhg_idr_disputes@uhc.com |
| **Subject:** | Your IDR Payment Determination |
| **Date:** | Tuesday, November 7, 2023 6:11:50 AM |
| **Attachments:** | DISP-216966_FinalPaymentDetermination.pdf |

**CAUTION:** This email originated from outside of PHI Air Medical. **DO NOT** click links or attachments unless you recognize the sender and know the content is safe. **NEVER** provide your username or password.

**IDR dispute status:** Payment Determination Made
**IDR reference number: DISP-216966**

Federal Hearings and Appeals Services, Inc. has reviewed your Federal Independent Dispute Resolution (IDR) dispute with reference number DISP-216966 and has made a final payment determination. Attached is a PDF of the final written payment determination.

**Resources**
Visit the No Surprises website for additional IDR resources.

**Contact information**
For questions, contact Federal Hearings and Appeals Services, Inc.. Include your IDR Reference number referenced above.

Thank you,
The IDR Review Team