# EXHIBIT 4

# Account Record for IDR 216966

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| **Account Number** | **Date of Service** | **IDR Dispute Number** | **IDR Entity** | **IDR Award Amount** | **Date of IDR Award** | **Insurance Payment Amount** | **Date Payment Received** | **IDR Award Amount Due and Owing** | **Payer** |
| 372702 | 10/2/2022 | DISP-216966 | Federal Hearings and Appeals Services, Inc. | $ 25,696.44 | 11/7/2023 | $ 7,634.17 | 11/8/2022 | $ 18,062.27 | UHC |