# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| **PHI HEALTH, LLC,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**MAGNUM SERVICES, LP; UNITED HEALTHCARE INSURANCE COMPANY; ABC CORP.; and XYZ CORP.**<br><br>*Defendants.* | **CIVIL ACTION**<br>NO.: 6:24-cv-42 |

**AFFIDAVIT OF MICHAEL G. MARTIN**

Before me, the undersigned notary, on this day personally appeared Michael G. Martin, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. My name is Michael G. Martin. I am over 18 years of age, of sound mind, and capable of making this affidavit.

2. The facts stated in this affidavit are within my personal knowledge and are true and correct.

3. I am an agent of the plaintiff, PHI Health, LLC in this case.

4. I acquired personal knowledge of these facts in my role as an employee of PHI Health, LLC.

5. I am an Appeals Negotiator with PHI, and in my role, I am familiar with and have knowledge of PHI's corporate records including the attached.

6. This action is based on an open account, of which a systematic record was kept.

7. This action is for services provided, of which a systematic record was kept.

8. The principal balance of $18,062.27 is due on the account, which is attached to the petition as Exhibit 3 and incorporated by reference. That amount is just and true, it is due, and all just and lawful offsets, payments, and credits have been allowed.

DATED this 4th day of November, 2024.

Michael G. Martin

Sworn to and subscribed before me by Michael G. Martin on November 4th, 2024.

PRISCILLA ALVARADO
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 655051
Expires September 17, 2027

Notary Public in and for the State of Arizona