**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| **PHI HEALTH, LLC,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**MAGNUM SERVICES, LP; UNITED HEALTHCARE INSURANCE COMPANY; ABC CORP.; and XYZ CORP.**<br><br>***Defendants*.** | **CIVIL ACTION NO.: 6:24-CV-42** |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PHI Health, LLC voluntarily dismisses, without prejudice, this case. None of the Defendants have served Plaintiff with an answer or filed a motion for summary judgment in this case.

Dated: January 14, 2025

Respectfully submitted,

SUSMAN GODFREY, LLP

By:/s/ Scarlett Collings

Scarlett Collings
Texas Bar No. 24001906
USDC-EDTX No. 24001906
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 653-7891
Facsimile: (713) 654-6666
Email: scollings@susmangodfrey.com

Anna Haddad
Texas Bar No. 24061900

1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 650-4310
Facsimile: (713) 654-6666
Email: ahaddad@susmangodfrey.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiff, PHI Health, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, a true and correct copy of the foregoing document was served via the Court's electronic filing system upon all counsel of record and that a true and correct copy of the foregoing document also was served on Defendants via certified mail return receipt requested.

/s/ *Scarlett Collings*
Scarlett Collings